DANIEL J. BRODERICK, Bar #89424
Federal Defender
BEN GALLOWAY, Bar #14897
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LEON TORSTEN BEERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                      )<br>           Plaintiff, )<br>                                      )<br>    v.                            )<br>                                      )<br>                                      )<br>LEON TORSTEN BEERS,        )<br>                                      )<br>           Defendant. )<br>_____ ) | CR.S. 08-00048-GEB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME**<br><br>Date: April 25, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and BEN GALLOWAY, Staff Attorney, for Defendant, that the status conference set for March 28, 2008 be continued to April 25, 2008.

    This continuance is requested because defense counsel was recently assigned to the case and needs additional time to review the discovery.

    Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through April 25, 2008, should be excluded in computing the time within which

/ / /

/ / /

1  trial must commence under the Speedy Trial Act, pursuant to Title 18
2  U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: March 19, 2008                   /s/ BEN GALLOWAY
                                        BEN GALLOWAY
                                        Staff Attorney
                                        Attorney for Defendant
                                        LEON TORSTEN BEERS


                                        McGREGOR SCOTT
                                        United States Attorney


DATED: March 19, 2008                   /s/ BEN GALLOWAY
                                        SEAN FLYNN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  March 20, 2008

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge