DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LEON TORSTEN BEERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. S.08-048-GEB |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | DATE: May 30, 2008 |
| LEON TORSTEN BEERS, ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

   It is hereby stipulated and agreed to between the United States of America through SEAN FLYNN, Assistant U.S. Attorney, and defendant, LEON TORSTEN BEERS by and though his counsel, BENJAMIN GALLOWAY, Staff Attorney, that the status conference set for Friday, April 25, 2008 be continued to Friday, May 30, 2008 at 9:00 a.m.

   This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.

   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 30, 2008

1 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
2 prepare] (Local Code T4).
3    DATED: April 18, 2008

```
                                Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender

                                /S/ Ben Galloway
                                _____
                                BENJAMIN GALLOWAY
                                Staff Attorney
                                Attorney for Defendant
                                LEON TORSTEN BEERS
```

   DATED: April 18, 2008

```
                                McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Ben Galloway for
                                _____
                                SEAN FLYNN
                                Assistant U.S. Attorney
```

_____O R D E R

   IT IS SO ORDERED.

Dated: April 18, 2008

```
                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge
```