1   DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
2   BENJAMIN D. GALLOWAY, Bar# 214897
    Staff Attorney
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    LEON TORSTEN BEERS

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

    UNITED STATES OF AMERICA,    )
12                               )    Cr.S. 08-048-GEB
              Plaintiff,         )
13                               )    **STIPULATION AND ORDER**
          v.                     )
14                               )    DATE: May 30, 2008
    LEON TORSTEN BEERS,          )    TIME: 9:00 a.m.
15                               )
              Defendant.         )    JUDGE: Hon. Garland E. Burrell
16                               )
    _____)
17

18
        It is hereby stipulated and agreed to between the United States of
19
    America through SEAN FLYNN, Assistant U.S. Attorney, and defendant,
20
    LEON TORSTEN BEERS by and though his counsel, BENJAMIN GALLOWAY, Staff
21
    Attorney, that the status conference set for Friday, May 30, 2008 be
22
    continued to Friday, June 27, 2008 at 9:00 a.m.
23
        This continuance is being requested because defense counsel needs
24
    additional time to prepare, to review discovery, and to interview
25
    witnesses.
26
        Speedy trial time is to be excluded from the date of this order
27
    through the date of the status conference set for June 27, 2008
28

1  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

2  prepare] (Local Code T4).

3  DATED: May 27, 2008

4

5                              Respectfully submitted,
                               DANIEL J. BRODERICK
6                              Federal Defender

7                              /S/ Ben Galloway
                               BENJAMIN GALLOWAY
8                              Staff Attorney
                               Attorney for Defendant
9                              LEON TORSTEN BEERS

10

11 DATED: May 27, 2008

12                             McGREGOR W. SCOTT
                               United States Attorney
13

14                             /s/ Ben Galloway for
                               SEAN FLYNN
15                             Assistant U.S. Attorney

16

17

18
   IT IS SO ORDERED.
19
   Dated:  May 27, 2008
20

21

22 _____
   GARLAND E. BURRELL, JR.
   United States District Judge
23

24

25

26

27

28