DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LEON TORSTEN BEERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 08-048-GEB |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | DATE: June 27, 2008 |
| LEON TORSTEN BEERS, ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Garland E. Burrell |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through SEAN FLYNN, Assistant U.S. Attorney, and defendant, LEON TORSTEN BEERS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, June 27, 2008 be continued to Friday, July 25, 2008 at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 25, 2008

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 23, 2008

>    Respectfully submitted,
>    DANIEL J. BRODERICK
>    Federal Defender
>
>    /s/ Ben Galloway
>    BENJAMIN GALLOWAY
>    Assistant Federal Defender
>    Attorney for Defendant
>    LEON TORSTEN BEERS

DATED: June 23, 2008

>    McGREGOR W. SCOTT
>    United States Attorney
>
>    /s/ Ben Galloway for
>    SEAN FLYNN
>    Assistant U.S. Attorney
>    Attorney for Plaintiff

IT IS SO ORDERED.

Dated:  June 26, 2008

GARLAND E. BURRELL, JR.
United States District Judge