```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LEON TORSTEN BEERS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 08-048-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER** |
| ) | |
| LEON TORSTEN BEERS, ) | DATE: July 25, 2008 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | |
| ) | JUDGE: Hon. Garland E. Burrell |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through SEAN FLYNN, Assistant U.S. Attorney, and defendant, LEON TORSTEN BEERS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, July 25, 2008 be continued to Friday, October 10, 2008 at 9:00 a.m..

This continuance is being requested because the defense needs additional time to subpoena and review complex and voluminous business and personal finance documents relating to this case, and to conduct further investigation based thereon.  This process has already begun, and documents have been received from two financial institutions, however, considerable additional work remains to be done.

1    In addition, counsel for the defense will be absent for significant
2 periods of time between now and October 1, 2008 for attorney training
3 followed by a paternity leave.
4    Mr. Beers has been advised of the foregoing and desires the
5 requested continuance in order to allow for ongoing preparation and
6 continuity of counsel.
7    Speedy trial time is to be excluded from the date of this order
8 through the date of the status conference set for October 10, 2008
9 pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv) and Local Codes T2
10 and T4, due to case complexity, ongoing preparation, and continuity of
11 counsel.
12
13 DATED: July 11, 2008

                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Ben Galloway
                                    BENJAMIN GALLOWAY
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    LEON TORSTEN BEERS

DATED: July 11, 2008

                                    McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Ben Galloway for
                                    SEAN FLYNN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

IT IS SO ORDERED.
Dated: July 21, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2