1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   LEON TORSTEN BEERS

6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,   )
                              )   Cr.S. 08-048-GEB
             Plaintiff,       )
13                            )   **STIPULATION AND ORDER**
        v.                    )
14                            )   DATE: October 10, 2008
   LEON TORSTEN BEERS,        )   TIME: 9:00 a.m.
15                            )   JUDGE: Hon. Garland E. Burrell
             Defendant.       )
16                            )
   _____)
17

18     It is hereby stipulated and agreed to between the United States of
19 America through SEAN FLYNN, Assistant U.S. Attorney, and defendant,
20 LEON TORSTEN BEERS by and through his counsel, BENJAMIN GALLOWAY,
21 Assistant Federal Defender, that the status conference set for Friday,
22 October 10, 2008 be continued to Friday, October 24, 2008 at 9:00 a.m.
23     This continuance is being requested as the parties are working
24 toward a resolution of the matter, but need additional time to finalize
25 an agreement.
26     Speedy trial time is to be excluded from the date of this order
27 through the date of the status conference set for October 24, 2008
28 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

1  prepare] (Local Code T4).

2  DATED: October 8, 2008

4                                          Respectfully submitted,
                                           DANIEL J. BRODERICK
5                                          Federal Defender

6                                          /s/ Benjamin Galloway
                                           BENJAMIN GALLOWAY
7                                          Assistant Federal Defender
                                           Attorney for Defendant
8                                          LEON TORSTEN BEERS

10 DATED: October 8, 2008

11                                         McGREGOR W. SCOTT
                                           United States Attorney
12

13                                         /s/ Benjamin Galloway for
                                           SEAN FLYNN
14                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff

18 IT IS SO ORDERED.

19 Dated:  October 8, 2008

21                                         GARLAND E. BURRELL, JR.
22                                         United States District Judge