DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LEON TORSTEN BEERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 08-048-GEB |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER** |
| LEON TORSTEN BEERS, | ) | DATE: October 24, 2008 |
| Defendant. | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through SEAN FLYNN, Assistant U.S. Attorney, and defendant, LEON TORSTEN BEERS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, October 24, 2008 be continued to Friday, November 21, 2008 at 9:00 a.m.

This continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to finalize an agreement.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 21, 2008

1 | pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
2 | prepare] (Local Code T4).
3 | DATED: October 21, 2008
4 |
5 |                              Respectfully submitted,
                                 DANIEL J. BRODERICK
6 |                              Federal Defender
7 |                              /s/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
8 |                              Assistant Federal Defender
                                 Attorney for Defendant
9 |                              LEON TORSTEN BEERS
10 |
11 | DATED: October 21, 2008
12 |                              McGREGOR W. SCOTT
                                 United States Attorney
13 |
14 |                              /s/ Benjamin Galloway for
                                 SEAN FLYNN
15 |                              Assistant U.S. Attorney
                                 Attorney for Plaintiff
16 |
17 |
18 |
19 | IT IS SO ORDERED.
20 | Dated:  October 22, 2008
21 |
22 | _____
    GARLAND E. BURRELL, JR.
23 | United States District Judge
24 |
25 |
26 |
27 |
28 |