DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LEON TORSTEN BEERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              )<br>        Plaintiff, )<br>              )<br>     v.       )<br>              )<br>LEON TORSTEN BEERS, )<br>              )<br>        Defendant. )<br>              )<br>_____) | Cr.S. 08-048-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>DATE: November 21, 2008<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through SEAN FLYNN, Assistant U.S. Attorney, and defendant, LEON TORSTEN BEERS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, November 21, 2008 be continued to Friday, December 12, 2008 at 9:00 a.m.. This continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to finalize an agreement.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 12, 2008

1  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
2  prepare] (Local Code T4).
3  DATED: November 18, 2008

                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Benjamin Galloway
                                        BENJAMIN GALLOWAY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        LEON TORSTEN BEERS

11 DATED: November 18, 2008

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Benjamin Galloway for
                                        SEAN FLYNN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

19 IT IS SO ORDERED.

20 Dated:  November 18, 2008

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

2