DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LEON TORSTEN BEERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>      v.                             )<br>                                     )<br>LEON TORSTEN BEERS,                  )<br>                                     )<br>            Defendant.               )<br>_____) | Cr.S. 08-048-GEB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br><br>DATE: December 12, 2008<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through SEAN FLYNN, Assistant U.S. Attorney, and defendant, LEON TORSTEN BEERS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, December 12, 2008 be continued to Friday, January 9, 2009 at 9:00 a.m.. This continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to finalize an agreement.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 9, 2009

1   pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
2   prepare] (Local Code T4).
3   DATED: December 9, 2008
4
5                                       Respectfully submitted,
                                        DANIEL J. BRODERICK
6                                       Federal Defender

7                                       /s/ Benjamin Galloway
                                        BENJAMIN GALLOWAY
8                                       Assistant Federal Defender
                                        Attorney for Defendant
9                                       LEON TORSTEN BEERS

10
11  DATED: December 9,2008
12                                      McGREGOR W. SCOTT
                                        United States Attorney
13
                                        /s/ Benjamin Galloway for
14                                      SEAN FLYNN
                                        Assistant U.S. Attorney
15                                      Attorney for Plaintiff

16
17
18
    IT IS SO ORDERED.
19
    Dated:  December 9, 2008
20
21
                                _____
22                              GARLAND E. BURRELL, JR.
                                United States District Judge
23
24
25
26
27
28