1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   LEON TORSTEN BEERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 08-048-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER** |
| | ) | |
| LEON TORSTEN BEERS, | ) | DATE: March 20, 2009 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Garland E. Burrell |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through SEAN FLYNN, Assistant U.S. Attorney, and defendant, LEON TORSTEN BEERS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, March 20, 2009 be continued to Friday, April 10, 2009 at 9:00 a.m. for status conference and possible change of plea.  This continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to finalize an agreement.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 10, 2009

pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 18, 2009

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
LEON TORSTEN BEERS

DATED: March 18, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Benjamin Galloway for
SEAN FLYNN
Assistant U.S. Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: March 19, 2009

GARLAND E. BURRELL, JR.
United States District Judge